620

*Holman* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, F. E. Youngman,* and *Richard H. Demuth* for respondent.

No. 512. CRISCUOLO ET AL. *v.* SWEINS ET AL. December 11, 1939. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California, denied. *Mr. H. W. Hutton* for petitioners. *Mr. Thomas A. Thacher* for respondents.

No. 513. SHOAF *v.* FITZPATRICK. December 11, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. L. E. Gwinn* for petitioner. No appearance for respondent.

No. 516. DUNN ET AL. *v.* MICCO ET AL. December 11, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Chas. B. Rogers* for petitioners. *Mr. Preston C. West* for respondents.

No. 539. ATCHISON, TOPEKA & SANTA FE RY. CO. *v.* BAKER, TREASURER OF BACA COUNTY, ET AL. December 11, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. W. W. Grant, Morrison Shafroth, Chas. H. Woods,* and *Henry W. Toll* for petitioner. *Messrs. Byron G. Rogers* and *Henry E. Lutz* for respondents.